October 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TEXAS TRANSPORTATION COMMISSION AND TED HOUGHTON, IN HIS
OFFICIAL CAPACITY AS CHAIR OF THE TEXAS TRANSPORTATION
COMMISSION, Appellants

NO. 14-14-00823-CV                      V.

CITY OF JERSEY VILLAGE, Appellee

_____

This cause, an appeal from the trial court's denial of the plea to the jurisdiction of appellants Texas Transportation Commission and Ted Houghton, in his official capacity as chair of the Texas Transportation Commission, was heard on the transcript of the record. We have inspected the record and find that appellants are immune from suit. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing appellee City of Jersey Village's lawsuit for lack of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellee, City of Jersey Village.

We further order this decision certified below for observance.